UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

JEAN RUGGLES, PERSONAL
REPRESENTATIVE OF THE ESTATE OF
PATRICIA SCALZO

        Plaintiff,

Case No. : JFM 02CV 1795

HOME QUALITY MANAGEMENT
COMPANY, INC.

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties, by their respective undersigned counsel, pursuant to Rule 41 of the Rules of Civil Procedure, **hereby dismiss this action with prejudice**.

_____
S. Todd Willson
Bar Number 08843
Jeffrey W. Bredeck
Bar Number 023032
Eccleston & Wolf, P.C.
7th Floor - Scarlett Place
729 East Pratt Street
Baltimore, MD 21202
(410) 752-7474
*Attorneys for Defendant*

_____
Samuel H. Paavola, Esq.
One Willow Street
Annapolis, Maryland 21401-3112
*Attorney for Plaintiffs*

3

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___13th___ day of ___February___, ___2003___ a copy of the foregoing was mailed first class, postage prepaid, to:

Samuel H. Paavola, Esq.
One Willow Street
Annapolis, Maryland 21401-3112
*Attorney for Plaintiffs*

_____
Jeffrey W. Bredeck
Bar Number 023032

- 2 -